# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial)<br><br>MAAS, FRANK S. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>6/20/2013 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States District Court<br>500 Pearl Street, Room 740<br>New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Trustee | _____ Trust II |
| 3. | Member | Executive Committee, New York State Bar Association, Commercial and Federal Litigation Section |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/31/12 | Xerox Legal Services Speaking Fee | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. 2012 | |
| 3. 2012 | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Xerox Legal Services | January 31, 2012 | New York, NY | Participate in Panel | Honorarium |
| 2. | American Conference Institute | April 25, 2012 | Chicago, IL | Participate in Conference | Transportation, Lodging, and Meals |
| 3. | IQPC | May 14-16, 2012 | London, England | Participate in Conference | Transportation, Lodging, and Meals |
| 4. | The Sedona Conference | June 20-21, 2012 | Toronto, Canada | Participate in Conference | Transportation, Lodging, and Meals |
| 5. | E-Discovery Institute | October 17-19, 2012 | Fort Lauderdale, FL | Participate in Conference | Tranportation, Lodging , and Meals |
| 6. | Duke University | November 29-30, 2012 | Durham, NC | Participate in Conference | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories Common | A | Dividend | K | T | | | | | |
| 2. American Electrical Power Common | A | Dividend | J | T | | | | | |
| 3. Amgen Common | | None | K | T | | | | | |
| 4. AT&T Common | B | Dividend | K | T | | | | | |
| 5. Bank of New York Common | B | Dividend | L | T | | | | | |
| 6. BP Amoco PLC ADRs | B | Dividend | J | T | | | | | |
| 7. ChevronTexaco Common | A | Dividend | K | T | | | | | |
| 8. Comcast Corp. Class A Common | A | Dividend | K | T | | | | | |
| 9. Conoco Class B Common | B | Dividend | K | T | | | | | |
| 10. Constellation Energy Group Common | A | Dividend | | | Merged (with line 13) | 03/16/12 | M | A | |
| 11. Dominion Resources Common | B | Dividend | L | T | | | | | |
| 12. DuPont Common | A | Dividend | J | T | | | | | |
| 13. Exelon Common | A | Dividend | J | T | | | | | |
| 14. Exxon Mobil Common | B | Dividend | M | T | | | | | |
| 15. Fairpoint Communications Common | A | Dividend | J | T | | | J | | |
| 16. Frontier Communications | A | Dividend | J | T | | | | | |
| 17. General Electric Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Mills Common | A | Dividend | K | T | | | | | |
| 19. Hospira Common | | None | J | T | | | | | |
| 20. Idearc Common | | None | J | T | | | | | |
| 21. International Business Machines Common | A | Dividend | L | T | | | | | |
| 22. JP Morgan/Chase Common | A | Dividend | J | T | | | | | |
| 23. Montsanto Common | A | Dividend | K | T | | | | | |
| 24. OGE Energy Corp Common | A | Dividend | K | T | | | | | |
| 25. Pfizer Common | C | Dividend | M | T | | | | | |
| 26. Phillips 66 Common | A | Dividend | K | T | | 05/01/12 | K | | |
| 27. Plains All American Pipelines LP Unit Ltd P'Ship Interest | | None | K | T | | | | | |
| 28. PP&L Resources Common | A | Dividend | J | T | | | | | |
| 29. Verizon Communications Common | B | Dividend | K | T | | | | | |
| 30. Vodaphone PLC New Group | A | Dividend | K | T | | | | | |
| 31. Wells Fargo | A | Dividend | J | T | | | | | |
| 32. Weyerhaeuser Common | C | Dividend | J | T | | | | | |
| 33. Fidelity NY Muni Money Market Fund | B | Dividend | L | T | | | | | |
| 34.    Trust II (A) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Common | A | Dividend | | | Sold | 04/24/12 | J | A | |
| 36. General Mills Common | A | Dividend | J | T | | | | | |
| 37. Kraft Foods Class A Common | A | Dividend | J | T | | | | | |
| 38. Medco Health Solutions Common | | None | J | T | | | | | |
| 39. Merck Common | A | Dividend | J | T | | | | | |
| 40. Mondelez Int'l Common | A | Dividend | J | T | Spinoff (from line 37) | 10/01/12 | J | | |
| 41. Pepsico Common | A | Dividend | J | T | | | | | |
| 42. Plains All American Pipelines LP Ltd P'ship Interest | | None | J | T | | | | | |
| 43. Yum Brands Common | A | Dividend | J | T | | | | | |
| 44. Fidelity NY Muni Money Market Fund | A | Int./Div. | J | T | | | | | |
| 45. FTFMX | A | Dividend | L | T | | | | | |
| 46. End of _____ Trust II | | | | | | | | | |
| 47. Fidelity Tax-Free Money Market Fund | A | Dividend | K | T | | | | | |
| 48. Alliance Municipal Income Fund--NY Portfolio, Class A | A | Dividend | K | T | | | | | |
| 49. Alliance Bond Fund US Gov't Portfolio Class A | A | Dividend | J | T | | | | | |
| 50. Franklin Insured NY Tax Free Income Fund | B | Dividend | L | T | | | | | |
| 51. Franklin NY Tax Free Income Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Putnam Amer. Gov't Income Fund Class A | B | Dividend | K | T | | | | | |
| 53. NY Insured Municipals Income Trust | A | Dividend | J | T | | | | | |
| 54. Express Scripts Holding Co Common | A | Dividend | J | T | | | | | |
| 55. Frontier Communications Common | A | Dividend | J | T | | | | | |
| 56. GE Common | A | Dividend | J | T | | | | | |
| 57. Medco Health Solutions Common | A | Dividend | | | Merged (with line 54) | 04/02/12 | J | | |
| 58. Merck Common | A | Dividend | J | T | | | | | |
| 59. Pfizer Common | C | Dividend | L | T | | | | | |
| 60. Sensient Common | B | Dividend | L | T | | | | | |
| 61. Cisco Common | | None | K | T | | | | | |
| 62. Citigroup Common | | None | J | T | | | | | |
| 63. Fairpoint Communications Common | | None | J | T | | | | | |
| 64. JP Morgan/Chase Common | A | Dividend | K | T | | | | | |
| 65. Travelers Common | A | Dividend | J | T | | | | | |
| 66. Legg Mason Partners NY Tax Free Bond Fund Class A | B | Dividend | L | T | | | | | |
| 67. FMOXX | A | Dividend | K | T | | | | | |
| 68. FFNOX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FSMKX | A | Dividend | K | T | | | | | |
| 70. CMCSA | | None | J | T | | | | | |
| 71. FE | A | Dividend | J | T | | | | | |
| 72. ALU | A | Dividend | J | T | | | | | |
| 73. T | B | Dividend | K | T | | | | | |
| 74. VOD | A | Dividend | J | T | | | | | |
| 75. VZ | A | Dividend | K | T | | | | | |
| 76. New York City Deferred Compensation Plan (457) | | None | L | T | | | | | |
| 77. Fidelity Value (IRA) | A | Dividend | K | T | | | | | |
| 78. Oppenheimer Money Market Fund (IRA) | B | Dividend | L | T | | | | | |
| 79. Oppenheiner Capital Appreciation Fund (IRA) | A | Dividend | K | T | | | | | |
| 80. Citibank Money Market Account (IRA) | A | Interest | J | T | | | | | |
| 81. Citibank Checking | | None | J | T | | | | | |
| 82. Citibank Savings | A | Interest | J | T | | | | | |
| 83. FMAGX | B | Dividend | L | T | | | | | |
| 84. FIGRX | A | Dividend | K | T | | | | | |
| 85. FSLCX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FDCAX | B | Dividend | L | T | | | | | |
| 87. FCNTX | A | Dividend | L | T | | | | | |
| 88. FMCSX | A | Dividend | K | T | | | | | |
| 89. FEQIX | A | Dividend | K | T | | | | | |
| 90. FSICX | B | Dividend | M | T | | | | | |
| 91. FDGFX | B | Dividend | K | T | | | | | |
| 92. FDVLX | B | Dividend | K | T | | | | | |
| 93. WEMMX | A | Dividend | J | T | | | | | |
| 94. FDRXX | A | Interest | J | T | | | | | |
| 95. TIAA-CREF Retirement Account | A | Dividend | L | T | | | | | |
| 96. FNYXX | A | Dividend | J | T | | | | | |
| 97. JP Morgan Chase Savings | A | Interest | J | T | | | | | |
| 98. JP Morgan Chase Checking | A | Interest | J | T | | | | | |
| 99. JP Morgan Chase Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 6/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK S. MAAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544